UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| K.F.G.,<br>　　Plaintiff, | : | |
| v. | : | No. 5:25-cv-05051 |
| U.S. DEPARTMENT OF<br>HOMELAND SECURITY (DHS), *et al.*,<br>　　Defendants | : | |

**O R D E R**

**AND NOW**, this 7th day of October, 2025, upon consideration of the Order dated September 25, 2025, granting K.F.G.'s Application to Proceed in District Court Without Prepaying Fees or Costs, **IT IS ORDERED THAT**:

　　1.　　The Clerk of Court is specially appointed to serve a written waiver request on all Defendants pursuant to Federal Rule of Civil Procedure 4(d), to effect waiver of service.

　　2.　　The waiver of service request shall be accompanied by a copy of the Complaint, ECF No. 1, and shall inform the Defendant(s) of the consequences of compliance and failure to comply with the request. The request shall allow the Defendant(s) at least thirty (30) days from the date it is sent (sixty (60) days if addressed outside any judicial district of the United States) to return the signed waiver.

　　3.　　If a signed waiver is not returned within the time limit given, the Court will issue subsequent order(s) to attempt to effect service by the U.S. Marshal in accordance with 28 U.S.C. § 1915(d) and Federal Rule of Civil Procedure 4(c)(3).

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　*/s/ Joseph F. Leeson, Jr.*
　　　　　　　　　　　　　　　　　　　JOSEPH F. LEESON, JR.
　　　　　　　　　　　　　　　　　　　United States District Judge