UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| K.F.G., : |  |
|     Plaintiff, : |  |
| : |  |
| v. : | No. 5:25-cv-5051 |
| : |  |
| U.S. DEPARTMENT OF : |  |
| HOMELAND SECURITY (DHS), *et al.*, : |  |
|     Defendants. : |  |

# **O R D E R**

**AND NOW**, this 3rd day of December, 2025, upon consideration of the USM-285 Forms returned in this case, *see* ECF No. 16, **IT IS ORDERED THAT**:

1. The Clerk of Court is **DIRECTED** to issue a summons for the following Defendants:

    a. U.S. CITIZENSHIP AND IMMIGRATION SERVICE (USCIS)

    b. U.S. DEPARTMENT OF HOMELAND SECURITY (DHS)

    c. KRISTI NOEM, Secretary of Homeland Security

    d. PAMELA BONDI, Attorney General of the United States

    e. JOSEPH B EDLOW, Director, U.S. Citizenship and Immigration Services

    f. DANIEL M. RENAUD, Director, USCIS Vermont Service Center

    g. LOREN K. MILLER, Director, USCIS

2. The Clerk of Court is **DIRECTED** to forward the summonses, completed USM-285 Forms, and a copy of the Complaint, ECF No. 1, to the U.S. Marshals Service. The Clerk of Court is further **DIRECTED** to record this event on the docket. Service of the summonses and

the Complaint shall be made upon the Defendants listed in paragraph 1 of this Order by the U.S. Marshals Service in accordance with Federal Rule of Civil Procedure 4.

3. The 90-day time period to serve process under Federal Rule of Civil Procedure 4(m) is **EXTENDED** to the date the Clerk's Office forwards the USM-285 Forms, the Complaint, and the summonses to the U.S. Marshals Service.

        BY THE COURT:

        */s/ Joseph F. Leeson, Jr.*
        JOSEPH F. LEESON, JR.
        United States District Judge